FILED
CLERK, U.S. DISTRICT COURT
AUG 2 2 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ELLIS ALLEN, <br><br> Defendant. | Case No. CR 11-0121-DSF-6 <br><br> **ORDER OF DETENTION** <br><br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

 The defendant, having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his probation/supervised release; and

 The court, having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the (1) instant allegations which indicate that he is not amenable to supervision; and (2) defendant submitted to detention request.

 and/or

B. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the

1 | community if released under 18 U.S.C. § 3142(b) or (c). This finding is based
2 | on:_____
3 | _____
4 |     IT THEREFORE IS ORDERED, without prejudice, that the defendant be detained pending
5 | further revocation proceedings.

7 | Dated: _____August 22_____, 2012.

                                              Fernando M. Olguin
                                        United States Magistrate Judge